**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMY L. GONZALEZ and JOHN SHUMWAY,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND WELLS FARGO N.A.,<br><br>Defendants. | Case No. 2:18-cv-1246-RFB-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)** |

Plaintiffs Amy L. Gonzalez and John Shumway ("Plaintiffs") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiffs' Complaint.

On July 9, 2018, Plaintiffs filed their Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiffs' Complaint is August 1, 2018. The allegations contained in the Complaint involve an account dating back to 2012, centered on the disposition of a property. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiffs have agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiffs' Complaint up to and including August 22, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiffs' Complaint.

Dated this 31st day of July, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**COGBURN LAW OFFICES**

*/s/ Erik W. Fox*
Jamie S. Cogburn
jsc@cogburnlaw.com
Erik W. Fox
efox@cogburnlaw.com
2580 St Rose Parkway, Suite 330
Henderson, NV 89074
(702) 748-7777
(702) 966-3880 Fax
*Counsel for Plaintiffs*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 1st day of August, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**