Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       tlewis@swlaw.com

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY L. GONZALEZ, an individual, and JOHN SHUMWAY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, WELLS FARGO N.A., <br><br> Defendants. | Case No. 2:18-cv-01246-RGB-GWF <br><br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(SECOND REQUEST)** |

It is hereby stipulated by and between Plaintiffs Amy L. Gonzalez and John Shumway ("Plaintiffs"), through their attorney, Cogburn Law Offices, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiffs and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **August 31, 2018**, in which to file its responsive pleading. This is the parties' second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is

intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 8TH day of August, 2018.

| COGBURN LAW OFFICES | SNELL & WILMER L.L.P. |
|---|---|
| By:  /s/ Erik W. Fox  <br>Jamie S. Cogburn (NV Bar No. 8409)<br>Erik W. Fox (NV Bar No. 8804)<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br> *(signed with permission)*<br><br>*Attorneys for Plaintiffs Amy L. Gonzalez and John Shumway* | By:  /s/ Tanya N. Lewis  <br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before August 31, 2018.**

**IT IS SO ORDERED.**

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED August __9__, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*