COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMY L. GONZALEZ, an individual, and JOHN SHUMWAY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, WELLS FARGO N.A.,<br><br>Defendants. | Case Number<br>2:18-cv-1246-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TRANSUNION, LLC WITH PREJUDICE** |

TO: THE HONORABLE JUDGE RICHARD F. BOULWARE, II

IT IS HERBY STIPULATED by and between Plaintiffs, Amy L. Gonzalez and John Shumway ("Plaintiffs") and Defendant, TransUnion, LLC ("TransUnion"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiffs' claims asserted against TransUnion, LLC in the above-captioned shall be and hereby are dismissed with prejudice.

…

IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

Dated this 28th day of November, 2018.                Dated this 28th day of November, 2018.

COGBURN LAW OFFICES                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Erik W. Fox_____              By: ____/s/ Jason G. Revzin_____
    Jamie S. Cogburn, Esq.                              Jason G. Revzin, Esq.
    Nevada Bar No. 8409                                 Nevada Bar No. 8629
    Erik W. Fox, Esq.                                   6395 S. Rainbow Blvd., Suite 600
    Nevada Bar No. 8804                                 Las Vegas, Nevada 89118
    2580 St. Rose Parkway, Suite 330                    *Attorney for TransUnion, LLC*
    Henderson, Nevada 89074
    *Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of November, 2018.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that on the 28th day of November, 2018, I filed the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT TRANSUNION, LLC WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system to be served to the following participants:

**SNELL & WILMER LLP**
*Attorneys for Defendant Wells Fargo N.A.*

Kelly H. Dove, Esq.    kdove@swlaw.com
Tanya N. Lewis, Esq.    tlewis@swlaw.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendant TransUnion LLC*

Jason Revzin, Esq.    jason.revzin@lewisbrisbois.com

**NAYLOR & BRASTER**
*Attorneys for Experian Information Solutions, Inc.*

Jennifer L. Braster, Esq.    jbraster@nvblawnv.com
Andrew J. Sharples, Esq.    asharples@nblawnv.com
Katherine A. Neben, Esq.    kneben@jonesday.com

　　　　　　　　　　　　　　　　/s/ *Amy Quach*
　　　　　　　　　　　　　　　　An employee of Cogburn Law Offices